**No. 62511.**—R. J. Saunders & Co., Inc. *v.* United States, protest 201270–K (New York).

Opinion by OLIVER, C. J. In accordance with stipulation of counsel that the merchandise consists of so-called electron microscopes and parts thereof the same in all material respects as those the subject of *R. J. Saunders & Co., Inc.* v. *United States* (45 C. C. P. A. 87, C. A. D. 678), the claim of the plaintiff was sustained.